KIRTON McCONKIE
Brinton M. Wilkins, #10713
50 East South Temple
P.O. Box 45120
Salt Lake City, Utah 84145-0120
Telephone: (801) 328-3600
Facsimile: (801) 212-2151

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALPENTAL ENERGY PARTNERS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>RCM INTERNATIONAL, LLC,<br><br>Defendant. | **DEFENDANT'S RESPONSE TO PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Civil No. 2:12-cv-01060<br><br>The Honorable Dee Benson |

As stated in Plaintiff Alpental Energy Partners, LLC's ("Alpental") Response to Order to Show Cause, the California Lawsuit is still pending and is set for trial in late August 2016.

Defendant RCM International, LLC ("RCM"), however, has not been the cause of the California Lawsuit's unexpectedly long duration. The Superior Court for the State of California, Alameda Division (the "California Court"), originally set the California Lawsuit for trial in January 2015. The California Court first delayed the trial after RCM learned that Alpental had made misleading discovery responses hiding the existence of an alter ego entity with a critical role in the litigation. Accordingly, RCM added the alter ego entity as a defendant. The newly added entity then removed the California Lawsuit to federal court while

a motion for discovery sanctions against Alpental was pending.  The federal court ultimately remanded the matter to the California Court after finding removal improper, in part because of the pending sanctions motion and in part because Alpental and its alter ego entity "can properly be considered 'part of the same operating entity.'"  After remand, the new entity requested a continuance of the January 2015 trial date.[1]

Contrary to Alpental's assertion, the California Court has never "found that RCM improperly delayed in disclosing certain information relative to its claims."  The Court did allow Alpental extended discovery, and again continued the trial date at the request of the Alpental parties for yet another year, in response to new damages theories RCM advanced *after* the California Court had already continued the January 2015 trial date due to the actions of the Alpental parties.

Finally, neither the discovery of potentially liable entities affiliated with Alpental nor any other "post-Order developments" or "disclosures in the California Lawsuit" affect this case's posture.  Although RCM added new defendants to the California Lawsuit, RCM did so because those entities, together with Alpental, constitute a single business enterprise; the substantive claims and factual bases for the claims remain the same.  Thus, the California Lawsuit and this matter are still parallel, and this Court's order staying these proceedings until the California Lawsuit's resolution continues to be justified and proper.

---

[1] On a side note, after remand the California Court did sanction Alpental for inadequate discovery responses.

DATED this 25th day of April, 2016.

        KIRTON McCONKIE

        /s/ Brinton M. Wilkins
        Brinton M. Wilkins
        KIRTON McCONKIE
        50 East South Temple
        P.O. Box 45120
        Salt Lake City, Utah 84145-0120
        Telephone: (801) 328-3600
        bwilkins@kmclaw.com

        Of Counsel:

        James C. Duda
        Bulkley, Richardson and Gelinas, LLP
        1500 Main Street, Suite 2700
        Springfield, MA  01115
        Tel:  (413) 781-2820/Fax:  (413) 272-6806
        jduda@bulkley.com

        *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 25th day of April, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

>Barry N. Johnson
>Jared L. Inouye
>Daniel K. Brough
>James C. Dunkelberger
>BENNETT TUELLER JOHNSON & DEERE
>3165 East Millrock Drive, Suite 500
>Salt Lake City, Utah 84121
>*Attorneys for Plaintiff*

/s/ Brinton M. Wilkins